503

Opinion by KINCHELOE, J. It was established that the merchandise consists of wax-coated paper used for wrapping candy, similar to that passed upon in Abstract 39765. The claim at 3 cents per pound and 15 percent ad valorem under paragraph 1405 was therefore sustained.

No. 39941.—Protest 953911–G, etc., of Hygrade Mfg. & Impt. Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were over-ruled.

No. 39942.—Protests 958585–G, etc., of Buckley Bros. Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were over-ruled.

BEFORE THE FIRST DIVISION, NOVEMBER 29, 1938

No. 39943.—Protests 710481–G, etc., of W. M. Crombie & Co., Inc. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) it was held that duty should have been taken on the lumber in question on the basis of its measurement in the actual condition as imported.

No. 39944.—Protests 833316–G, etc., of H. R. MacMillan Export Co., Ltd. (Philadelphia).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) it was held that duty should have been taken on the lumber in question on the basis of its measurement in the actual condition as imported.

No. 39945.—Protests 806808–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. On the authority of Abstract 38718 relating to similar merchandise the wooden cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 39946.—Protest 867981–G of Franco American Novelty Co. (New York).

Opinion by SULLIVAN, J. There was testimony that these articles are concealed in the pocket and when pushed from the outside produce sounds and that they are used by grownups rather than children. It was stipulated that they are in chief value of cotton. The claim at 40 percent under paragraph 923 was sustained.